1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A Prof. Corp.
3  517 East Wilson Avenue, Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile: (818) 500-3201

5  andy@coombspc.com
6  annie@coombspc.com

7  Attorneys for Plaintiff
   Adobe Systems Incorporated

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Adobe Systems Incorporated, | ) Case No. C08 03522 BZ |
| --- | --- |
| Plaintiff, | ) NOTICE OF INTERESTED |
| v. | ) PARTIES |
| Nathanael Landsteiner and Does 1 – 10, inclusive, | ) CIVIL LOCAL RULE 3-16(c)(1) |
| Defendants. | ) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 21, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff Adobe Systems Incorporated

ORIGINAL

Adobe v. Landsteiner: Notice of Interested Parties        - 1 -