| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | Annie S. Wang (SBN 243027)<br>J. Andrew Coombs, A Prof. Corp. |
| 3 | 517 East Wilson Avenue, Suite 202<br>Glendale, California 91206 |
| 4 | Telephone: (818) 500-3200<br>Facsimile: (818) 500-3201 |
| 5 | andy@coombspc.com |
| 6 | annie@coombspc.com |
| 7 | Attorneys for Plaintiff<br>Adobe Systems Incorporated |

**E-filing**

**FILED**
JUL 2 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Adobe Systems Incorporated,       )   Case No. **C08 03522 BZ**
                                  )
            Plaintiff,             )   PLAINTIFF'S DECLINATION TO
     v.                           )   PROCEED BEFORE A MAGISTRATE
                                  )   JUDGE AND REQUEST FOR
Nathanael Landsteiner and Does 1 – 10, )   REASSIGNMENT TO A UNITED
inclusive,                        )   STATES DISTRICT JUDGE
                                  )
            Defendants.            )

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 21, 2008            J. Andrew Coombs, A Professional Corp.

                                By: _____
                                    J. Andrew Coombs
                                    Annie S. Wang
                                Attorneys for Plaintiff Adobe Systems Incorporated

**ORIGINAL**

Adobe v. Landsteiner: Declination to Proceed Before Magistrate    - 1 -