AO 120 (Rev. 2/99)

| TO:  Commissioner of Patents and Trademarks  Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK ✓ |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court <u>Northern District of California</u> on the following G Patents or G Trademarks:

CLERK U.S. DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102

| DOCKET NO. C-08-3522-BZ | DATE FILED JUL 2 3 2008 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF Adobe Systems Incorporated | | DEFENDANT Nathanael Landsteiner and Does 1-10, inclusive, |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | ☐ See Attachment. |
| 2 ☐ | | ☐ |
| 3 ☐ | | ☐ |
| 4 ☐ | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY    G Amendment    G Answer    G Cross Bill    G Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| **RECEIVED** JUL 2 3 2008  RICHARD W. WIEKING  CLERK U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA  SAN JOSE |

| CLERK RICHARD W. WIEKING | (BY) DEPUTY CLERK THELMA NUDO | DATE JUL 2 3 2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

ORIGINAL

## Trademark Registrations

| Trademark Registration No.: | Title of Work: | Rights Owner: |
|---|---|---|
| 3029061 | ADOBE | Adobe Systems Incorporated |
| 2920764 | PHOTOSHOP | Adobe Systems Incorporated |
| 3111341 | CREATIVE SUITE | Adobe Systems Incorporated |
| 2993457 | CO-AUTHOR | Adobe Systems Incorporated |
| 3032288 | A | Adobe Systems Incorporated |
| 2983111 | VISUAL COMMUNICATOR | Adobe Systems Incorporated |
| 3065143 | ADOBE LIVECYCLE | Adobe Systems Incorporated |
| 2725811 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2725810 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2722546 | ADOBE STUDIO | Adobe Systems Incorporated |
| 2557911 | CLEARLY ADOBE IMAGING | Adobe Systems Incorporated |
| 2081343 | A | Adobe Systems Incorporated |
| 2817626 | ROUNDTRIP HTML | Adobe Systems Incorporated |
| 2060488 | ILLUSTRATOR | Adobe Systems Incorporated |
| 1988712 | ADOBE | Adobe Systems Incorporated |
| 1988711 | A | Adobe Systems Incorporated |
| 1988710 | A | Adobe Systems Incorporated |
| 1961762 | AUTHORWARE | Adobe Systems Incorporated |
| 1956216 | ADOBE | Adobe Systems Incorporated |
| 1901149 | A ADOBE | Adobe Systems Incorporated |
| 1850242 | PHOTOSHOP | Adobe Systems Incorporated |
| 1852943 | A | Adobe Systems Incorporated |
| 1651380 | ADOBE PHOTOSHOP | Adobe Systems Incorporated |
| 1475793 | ADOBE | Adobe Systems Incorporated |
| 1487549 | ADOBE SYSTEMS | Adobe Systems Incorporated |

|          | INCORPORATED           |                            |
|----------|------------------------|----------------------------|
| 1482233  | ADOBE SYSTEMS INCORPORATED | Adobe Systems Incorporated |
| 1486895  | ADOBE                  | Adobe Systems Incorporated |
| 1479408  | ADOBE ILLUSTRATOR      | Adobe Systems Incorporated |
| 1383131  | POSTSCRIPT             | Adobe Systems Incorporated |
| 1463458  | POSTSCRIPT             | Adobe Systems Incorporated |
| 2520435  | MACROMEDIA FLASH       | Adobe Systems Incorporated |
| 2650911  | MACROMEDIA FLASH       | Adobe Systems Incorporated |
| 2852245  | FLASH                  | Adobe Systems Incorporated |
| 2855434  | FLASH                  | Adobe Systems Incorporated |
| 2060488  | ILLUSTRATOR            | Adobe Systems Incorporated |
| 2068523  | ACROBAT                | Adobe Systems Incorporated |
| 1997398  | ACROBAT CAPTURE        | Adobe Systems Incorporated |
| 1901566  | SHOCKWAVE              | Adobe Systems Incorporated |
| 2294926  | DREAMWEAVER            | Adobe Systems Incorporated |
| 2091087  | PAGEMAKER              | Adobe Systems Incorporated |