J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, <br><br> Plaintiff, <br> v. <br><br> Nathanael Landsteiner and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. C08-3522 MMC <br><br> [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On August 22, 2008, the Court set a Case Management Conference on November 7, 2008, at 10:30 a.m.

The Parties have discussed settlement extensively, but no settlement has been finalized.

Plaintiff has concurrently filed a First Amended Complaint adding an additional defendant.

In light of the request, and good cause being shown, the Case Management Conference currently on calendar for November 7, 2008, at 10:30 a.m., and all associated dates, are hereby continued to __December 19__, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  November 3, 2008

_____
Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: __/s/ Annie S. Wang_____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Landsteiner, et al.: [Proposed] Order Continuing CMC     - 1 -