IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>NATHANAEL LANDSTEINER, JAMIE WINEGARD,<br><br>    Defendants<br>_____/ | No. C-08-3522 MMC<br><br>**ORDER RE: LETTER REQUEST AND ADMINISTRATIVE REQUEST; CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTING ALL PARTIES TO PROVIDE TELEPHONE NUMBER; DIRECTING PLAINTIFF TO SERVE COPY OF ORDER ON JAMIE WINEGARD** |

    The Court is in receipt of (1) defendant Nathanael Landsteiner's letter request, filed December 9, 2008, to continue the Case Management Conference currently scheduled for December 19, 2008, and (2) plaintiff Adobe Systems Incorporated's administrative request, filed December 10, 2008, to conduct said conference by telephone and to order all parties to provide the Court with telephone numbers for such purpose.

    Because the record contains neither proof of service of the summons and complaint on defendant Jamie Winegard nor an appearance by such defendant, the Court hereby CONTINUES the Case Management Conference to February 6, 2009. A Joint Case Management Statement shall be filed no later than January 30, 2009.

    In light of the distance each party would be required to travel to attend the Conference in person, the February 6, 2009 Conference will be conducted telephonically.

All parties are hereby ORDERED to be available on February 6, 2009 for three hours beginning at 10:30 a.m., Pacific Standard Time, and are directed to provide the Court, no later than January 30, 2009, a contact telephone number.  Any party that fails to timely provide the Court with a telephone number is hereby ORDERED to appear at the Conference, in person, on February 6, 2009 at 10:30 a.m.

      Plaintiff is hereby ORDERED to serve a copy of the instant order on defendant Jamie Winegard no later than December 16, 2008, and to file proof of such service no later than December 17, 2008.

**IT IS SO ORDERED.**

Dated:  December 15, 2008

_____
MAXINE M. CHESNEY
United States District Judge