1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P. C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

10

11  Adobe Systems Incorporated,            )   Case No. C08-3522 MMC
                                           )
12                       Plaintiff,        )   [PROPOSED] ORDER ~~TO FILE~~
                                           )   ~~DOCUMENT UNDER SEAL~~
13            v.                           )
                                           )   **GRANTING PLAINTIFF'S MOTION**
14  Nathanael Landsteiner, Jamie Winegard and  )  **TO FILE DOCUMENT UNDER SEAL;**
    Does 2-10, inclusive,                  )   **DIRECTIONS TO PLAINTIFF**
15                                         )
                         Defendants.       )
16  _____    )

17

18

19

20

21

22

23

24

25

26

27

28

The Court, having reviewed and considered Plaintiff Adobe Systems Incorporated's

("Adobe" or "Plaintiff") Motion to File Document Under Seal Pursuant to Local Rules 7-11 and

79-5 ("Motion") and finding good cause therefore,
                                                motion is GRANTED, and the
                IT IS HEREBY ORDERED that the document titled "Release and Settlement Agreement"
shall                    by plaintiff            ^
~~may~~ be filed under seal as Exhibit A to the Declaration of Annie S. Wang in support of Plaintiff's
                                  ^
Motion for Entry of Stipulated Judgment.  <u>See</u> General Order No. 62.


DATED: <u>November 26, 2012</u>



Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.


By:  /s/ Annie S. Wang
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated