IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATHANAEL LANDSTEINER and JAMIE WINEGARD,<br><br>　　　　Defendants<br>_____/ | No. C-08-3522 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED JUDGMENT; VACATING DECEMBER 21, 2012 HEARING** |

　　　Before the Court is plaintiff Adobe Systems Incorporated's "Motion for Entry of Stipulated Judgment," filed November 6, 2012. Defendants have not filed opposition.

　　　Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, and, for the reasons stated therein, hereby GRANTS the motion.

　　　In light of the above, the hearing scheduled for December 21, 2012 is hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: December 3, 2012

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge