J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Nathanael Landsteiner
1117 170th Ave.
Fairmont, MN 56031

Jaime Winegard
400 County Rd.
Woodland Park, CO 80863

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>v.<br>Nathanael Landsteiner, et al.<br>　　　　　Defendants. | Case No. C08-3522 MMC<br><br>[PROPOSED] FINAL JUDGMENT |

The Court, having read and considered the Joint Stipulation re Entry of [Proposed] Judgment that has been executed on behalf of Plaintiff Adobe Systems Incorporated ("Plaintiff") on the one hand, and Defendants Nathanael Landsteiner and Jamie Winegard (collectively "Defendants") on the other hand, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.　　Plaintiff is entitled to and shall collectively recover from Defendants for injury caused by Defendants to Plaintiff in the sum of Fifty Thousand Dollars ($50,000.00).

2.	Plaintiff is entitled to and shall collectively recover from Defendants interest accruing upon any unpaid portion of said $50,000.00 at the rate of three percent (3%) per annum from the date of entry of judgment until paid in full.

3.	Plaintiff is further entitled to, and shall collectively recover from the Defendants, its actual attorneys' fees and, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this _____ day of _____, 200_.


_____
Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Nathanael Landsteiner

By: _____
    Nathanael Landsteiner
Defendant, *in pro se*

Jamie Winegard

By: *Jamie Winegard*
    Jamie Winegard
Defendant, *in pro se*

2. Plaintiff is entitled to and shall collectively recover from Defendants interest accruing upon any unpaid portion of said $50,000.00 at the rate of three percent (3%) per annum from the date of entry of judgment until paid in full.

3. Plaintiff is further entitled to, and shall collectively recover from the Defendants, its actual attorneys' fees and, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this 3rd day of December, ~~200~~ 2012.

_____
Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Nathanael Landsteiner

By: _Nathanael Landsteiner_
Nathanael Landsteiner
Defendant, *in pro se*

Jamie Winegard

By: _____
Jamie Winegard
Defendant, *in pro se*

Adobe v. Landsteiner, et al.: [Proposed] Final Judgment — 2 —